UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Misc. No. 3:10-mc-18-FDW

FILED
CHARLOTTE, NC

FEB 0 8 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

ORDER FOR PURCHASE OF )
MEALS FOR JURORS )
)
)

It appears that due to a security risk in the case of USA v. Michael Greene 3:09CR39, the court hereby orders the Jury Administrator to purchase lunches for the jury panel in attendance for jury selection. The court also hereby orders that juror lunches be purchased daily for the duration of the jury trial.

SO ORDERED this 8th day of February, 2010.

Frank D. Whitney
U.S. District Court Judge